UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 20-6-DLB

JOHN CECIL                                                                                                   PLAINTIFF

v.                                           **JUDGMENT**

KENTUCKY COMMUNITY &
TECHNICAL COLLEGE SYSTEM, et al.                                                  DEFENDANTS

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

(1) Plaintiff John Cecil's Amended Complaint (Doc. # 11) is **DISMISSED** as follows:

   (a) Plaintiff's claims against KCTCS are **dismissed with prejudice**;

   (b) Plaintiff's federal claims against Dr. Zylka and John Roes 1 through 5 in both their official and individual capacities are **dismissed with prejudice**;

   (c) Plaintiff's state law causes of action, namely, breach of contract, breach of common law duty of fundamental fairness, negligence, and intentional infliction of emotional distress, are **dismissed without prejudice**;

1

(2) Judgment is entered in favor of the Defendants on all federal claims raised in this action;

(3) The action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(4) This is a final and appealable order and no just cause for delay exists.

This 9th day of September, 2021.

Signed By:
*David L. Bunning* DB
United States District Judge

O:\DATA\ORDERS\PikeCivil\2020\20-06 Cecil Judgment.docx